**Order filed December 2, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00909-CR

———————

**WILLIAM K. GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 717215**

## ORDER

This is an appeal from a judgment signed August 22, 2014. The Harris County District Clerk has informed this Court that the above case was mistakenly assigned to the Fourteenth Court of Appeals and should have been assigned to the First Court of Appeals.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-14-00909-CR is transferred to the Court of Appeals for the First

District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM